IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| PAUL TAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-CV-602-TCK-JFJ |
| | ) | |
| R. TRENT SHORES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION AND ORDER

Before the Court is Plaintiff's Motion for Leave to Proceed In Forma Pauperis and Supporting Affidavit. Doc. 3. Under N.D. Okla. Civ. R. 3.3(a) ("Local Rule 3.3(a)"), an applicant seeking leave to proceed *in forma pauperis* must either submit a motion "on the form approved by this Court" or "furnish the Court with [ ] equivalent information." Plaintiff did not use the Court-approved form, nor does it furnish the Court with equivalent information. Plaintiff's Application is therefore DENIED without prejudice. Pursuant to Local Rule 3.3(a), Plaintiff shall pay the filing fee or submit a proper application to proceed *in forma pauperis* on or before November 22, 2019. otherwise, the case may be dismissed without prejudice.

**SO ORDERED this 8th day of November, 2019.**

TERENCE C. KERN
United States District Judge